**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**AT HARRISBURG**

| | |
|---|---|
| STEPHANIE SILVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST SHORE HOME, LLC,<br><br>Defendant. | No. 1:26-cv-01168-KMN<br><br>Honorable District Judge Keli M. Neary |

**[PROPOSED] ORDER GRANTING PLAINTIFF-COUNTERDEFENDANT'S**
**MOTION TO DISMISS AND/OR STRIKE DEFENDANT'S COUNTERCLAIM**

UPON CONSIDERATION of Plaintiff's motion to dismiss Defendant's counterclaim, or, alternatively, to strike portions of the counterclaim and any response thereto, as filed on September 10, 2026 at ECF 22, it is hereby ORDERED:

1. This motion is GRANTED.

2. [ ] Defendant's counterclaim for defamation is DISMISSED for failure to state a claim upon which relief may be granted; or

2. [ ] Defendant's requests for attorney fees as damages are STRICKEN.

It is so ORDERED this _____________ day of September, 2026.

______________________________
Honorable District Judge Keli M. Neary

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on September 10, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 10th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*

Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*