**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHANIE SILVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff and Counterclaim defendant,<br><br>v.<br><br>WEST SHORE HOME, LLC,<br><br>Defendant and Counterclaimant. | Case No. 1:26-cv-01168-KMN<br><br>(Judge Keli M. Neary) |

**WEST SHORE HOME, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS AND/OR STRIKE COUNTERCLAIM**

On September 10, 2026, plaintiff Stephanie Silvis filed a motion to dismiss and/or strike defendant West Shore Home, LLC's counterclaim (ECF No. 22). Earlier today, West Shore Home filed an amended counterclaim as of right, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), despite its firm belief that its counterclaim on its own would have survived plaintiff's motion and that plaintiff's motion lacks merit. West Shore Home therefore submits that the Court should deny as moot Silvis' motion to dismiss and/or strike (ECF No. 22).

DATED: September 24, 2026

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: *_/s/ Thomas G. Collins_*
Thomas G. Collins, Esquire
I.D. #75896
Cheri A. Sparacino
I.D. #325868
409 North Second Street, Suite 500
Harrisburg, PA 17101
Phone: (717) 237-4843
Facsimile: (717) 233-0852
Email: thomas.collins@bipc.com
Email: cheri.sparacino@bipc.com

Ari N. Rothman, Esquire (*pro hac vice*)
Jane B. Baber, Esquire (*pro hac vice*)
Bianca J. Volpicelli, Esquire (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Phone: (202) 344-4220
Email: anrothman@venable.com
Email: jbbaber@venable.com
Email: bjvolpicelli@venable.com

*Attorneys for Defendant*
*West Shore Home, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was transmitted to the Court electronically for filing and served on all parties subscribed to receive notifications via the Court's CM/ECF.

Dated: September 24, 2026

*/s/ Jane B. Baber*
Jane B. Baber
*Counsel for West Shore Home, LLC*