**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHANIE SILVIS, individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 1:26-CV-1168** |
| | : | **(Judge Neary)** |
| **Plaintiff** | : | |
| **v.** | : | |
| **WEST SHORE HOME, LLC,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of September, 2026, seeing that the plaintiff in this matter, Stephanie Silvis, has moved to dismiss (Doc. 22) a counterclaim against her, and that the defendant and counter-claim plaintiff, West Shore Home LLC, chose to amend the counterclaim (Doc. 25) rather than respond to the motion to dismiss the counterclaim, the court hereby ORDERS that the motion to dismiss the counterclaim (Doc. 22) is DISMISSED AS MOOT without prejudice to the plaintiff's right to move to dismiss the amended counterclaim.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania