**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**AT HARRISBURG**

| | |
|---|---|
| STEPHANIE SILVIS, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>WEST SHORE HOME, LLC,<br>Defendant. | No. 1:26-cv-01168-KMN<br>Honorable District Judge Keli M. Neary |

**PLAINTIFF-COUNTERDEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIM**

PURSUANT TO Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff and Counterdefendant Stephanie Silvis ("Plaintiff") respectfully move for an order extending the deadline to respond to Defendant West Shore Home, LLC's Counterclaim by twenty-one (21) days, from October 8, 2026, to October 29, 2026. This motion is made before Plaintiff's deadline to respond to the Counterclaim has passed and is based on the following:

1. On September 24, 2026, Defendant filed an Amended Counterclaim against Plaintiff (Doc. 28). Plaintiff's response is currently due on October 8, 2026.

2. Good cause exists to extend the response deadline because Defendant's Amended Counterclaim asserts new factual allegations requiring additional factual investigation and legal analysis, and Plaintiff's counsel has several other obligations during the current response period.

3. The requested extension will allow Plaintiff adequate time to evaluate the Amended Counterclaim and prepare an appropriate response.

4. The requested extension is sought in good faith and will promote the efficient management of this case without prejudicing Defendant. This request is made before the current deadline to respond expires and not for purposes of delay.

5. Defendant does not oppose the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the deadline for Plaintiff to respond to Defendant's Counterclaim to October 29, 2026.

RESPECTFULLY SUBMITTED this 5th day of October, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on October 5, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 5th day of October, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com