**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**AT HARRISBURG**

| | |
|---|---|
| STEPHANIE SILVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST SHORE HOME, LLC,<br><br>Defendant. | No. 1:26-cv-01168-KMN<br><br>Honorable District Judge Keli M. Neary |

**[PROPOSED] ORDER GRANTING PLAINTIFF-COUNTERDEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIM**

UPON CONSIDERATION of Plaintiff and Counterdefendant Stephanie Silvis' Unopposed Motion for Extension of Time to Respond to Defendant's Amended Counterclaim, and for good cause shown, Plaintiff's Motion is granted.

It is hereby ordered that Plaintiff's deadline to respond to Defendant West Shore Home, LLC's Counterclaim is extended to October 29, 2026.

IT IS SO ORDERED.

Dated: ______________________

Judge: ______________________________
Honorable Keli M. Neary
United States District Judge