**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**AT HARRISBURG**

| | |
|---|---|
| STEPHANIE SILVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST SHORE HOME, LLC,<br><br>Defendant. | No. 1:26-cv-01168-KMN<br><br>Hon. District Judge Keli M. Neary |

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

COMES NOW Plaintiff Stephanie Silvis ("Plaintiff") and Defendant West Shore Home, LLC ("West Shore Home"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree as follows:

1. This action is dismissed without prejudice.
2. Each party shall bear its own attorneys' fees and costs.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 25th day of November, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff Stephanie Silvis*

*/s/ Jane B. Baber*
Jane B. Baber (*pro hac vice*)
Thomas G. Collins, Esq. #75896
Cheri A. Sparacino, Esq. #325868
**BUCHANAN INGERSOLL & ROONEY PC**
409 North Second Street, Suite 500
Harrisburg, PA 17101
Telephone: (717) 237-4843
Facsimile: (717) 233-0852
thomas.collins@bipc.com
cheri.sparacino@bipc.com

Ari N. Rothman, Esq. (*pro hac vice*)
Jane B. Baber, Esq. (*pro hac vice*)
Bianca J. Volpicelli, Esq. (*pro hac vice*)
**VENABLE LLP**
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-4220
anrothman@venable.com
jbbaber@venable.com
bjvolpicelli@venable.com

*Counsel for Defendant*
*West Shore Home, LLC*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

RESPECTFULLY SUBMITTED this 25th day of November, 2026.

*/s/ Carly M. Roman*

Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com